DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL BROWN,** a/k/a Michael A. Brown, a/k/a Michael Andrew Brown, a/k/a Karim Clark, a/k/a Karin Clark, a/k/a Jakari Wallace, Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D17-3771 & 4D17-3772

[July 26, 2018]

Consolidated appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 01-18623-CF-10A.

Michael Brown, Arcadia, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***